IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

STEVEN DRZYMALA,

    Plaintiff,

v.

BAE SYSTEMS ORDNANCE SYSTEMS, INC.,

    Defendant.

Civil Action No. 7:21-cv-00522

## ORDER

UPON CONSIDERATION of the parties' Joint Motion to Extend Discovery Deadline, and the entire record herein, it is this _____ day of _____, 2023, hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the deadline to complete discovery shall be extended to May 30, 2023.

SO ORDERED.

_____
The Honorable Elizabeth K. Dillon
United States District Judge

4