IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVEN DRZYMALA, <br><br> Plaintiff, <br><br> v. <br><br> BAE SYSTEMS ORDNANCE SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 7:21-cv-00522 |

**ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Extend Discovery Deadline, and the entire record herein, it is this \_\_25th\_\_ day of \_\_\_May\_\_\_\_\_, 2023, hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the deadline to complete discovery shall be extended to May 30, 2023.

SO ORDERED.

/s/ Elizabeth K. Dillon
The Honorable Elizabeth K. Dillon
United States District Judge